DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PAUL McCOURT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0861

_____

July 24, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Robin F. Fuson, Judge.

Paul McCourt, pro se.


PER CURIAM.

     Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.